**LAW OFFICE OF MONICA L. BERMUDEZ**
MONICA L. BERMUDEZ, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)322-5295
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
NAZEM AHMED ALNAJAR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>NAZEM AHMED ALNAJAR,<br><br>        Defendant | ) Case No.: 18-cr-00135-DAD-BAM<br>)<br>)<br>) **DEFENDANT'S REQUEST AND**<br>) **WAIVER OF APPEARANCE; ORDER**<br>)<br>)<br>)<br>)<br>) |

Defendant, NAZEM AHMED ALNAJAR, hereby waives his appearance in person in open court upon the Status Conference set for Monday, August 12, 2019, in Courtroom 8 of the above entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, MONICA L. BERMUDEZ.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.


Date: August 5, 2019                             */s/Nazem Ahamed Alnajar*_____
                                                 Nazem Ahmed Alnajar


Date: August 5, 2019                             */s/Monica L. Bermudez*_____
                                                 MONICA L. BERMUEZ
                                                 Attorney for Defendant

DEFENDANTS REQUEST AND WAIVER OF APPEARANCE  -  1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant NAZEM AHMED ALNAJAR is hereby excused from appearing at this court hearing scheduled for August 12, 2019.

IT IS SO ORDERED.

Dated:   **August 6, 2019**                              /s/ *Barbara A. McAuliffe*
                                                                         UNITED STATES MAGISTRATE JUDGE