**LAW OFFICE OF MONICA L. BERMUDEZ**
MONICA L. BERMUDEZ, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)322-5295
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
NAZEM AHMED ALNAJAR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 18-cr-00135-DAD-BAM<br>)<br>) |
| Plaintiff, | ) **DEFENDANT'S REQUEST AND**<br>) **WAIVER OF APPEARANCE; ORDER** |
| vs. | )<br>) |
| NAZEM AHMED ALNAJAR, | )<br>) |
| Defendant | ) |

Defendant, NAZEM AHMED ALNAJAR, hereby waives his appearance in person in open court

upon the Status Conference set for Monday, August 12, 2019, in Courtroom 8 of the above

entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his

interest will be deemed represented at said hearing by the presence of his attorney, MONICA L.

BERMUDEZ. Defendant further agrees to be present in person in court at all future hearing

dates set by the court including the dates for jury trial.


Date: August 5, 2019                                      */s/Nazem Ahamed Alnajar*_____
                                                        Nazem Ahmed Alnajar


Date: August 5, 2019                                      */s/Monica L. Bermudez*_____
                                                        MONICA L. BERMUEZ
                                                        Attorney for Defendant

## **ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant NAZEM AHMED ALNAJAR is hereby excused from appearing at this court hearing scheduled for August 12, 2019.

IT IS SO ORDERED.

Dated:   **August 6, 2019**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE