TORRES | TORRES STALLINGS AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BANDAR SALEH ALNAGGAR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BANDAR SALEH ALNAGGAR,<br><br>Defendants. | Case No. 18-CR-00135 DAD-BAM<br><br><br>STIPULATION AND ORDER TO<br>CONTINUE THE STATUS CONFERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA

MCAULIFFE AND GRANT RABENN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, BANDAR ALNAGGAR, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for

January 27, 2020, to be continued to March 9, 2020.

I have been engaged in a homicide trial in form of the Honorable Judge Kenneth

Twisselman in the matter of *People v. Bowers, BF167326A*. AUSA Grant Rabenn has conveyed

an offer in this matter and I anticipate meeting with Ms. Alnaggar over the weekend to review the

plea agreement. I have spoken to AUSA Grant Rabenn and co-counsel, and they have no

objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (I)(V) because it

results from a continuance granted by the Court at defendants request in the basis of the Courts

1

finding that the ends of justice served by taking such action outweigh the best interest od the

public and the defendant in a speedy trial act.

 

**IT IS SO STIPULATED.**

DATED: January 23, 2020

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
BANDAR SALEH ALNAGGAR


DATED: January 23, 2020

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
NAZEM AHMED ALNAJAR


DATED: January 23, 2020

*/s/Grant Rabenn*
GRANT RABENN
Assistant U.S. Attorney


# ORDER

 IT IS SO ORDERED that the 4th Status Conference is continued from January 27, 2020 to **March 9, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV).


IT IS SO ORDERED.

 Dated: **January 23, 2020**   /s/ Barbara A. McAuliffe
                  UNITED STATES MAGISTRATE JUDGE