McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2799

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00135-DAD-BAM |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| MUBAREK SALEH ALNAJAR, YOUSEF NAZEM ALNAJAR, and NAZEM AHMED ALNAJAR, | |
| Defendants. | |

Based upon the plea agreements entered into between the United States of America and defendants Mubarek Saleh Alnajar, Yousef Nazem Alnajar, and Nazem Ahmed Alnajar, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendants Mubarek Saleh Alnajar, Yousef Nazem Alnajar, and Nazem Ahmed Alnajar's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $9,321.00 in U.S. Currency;

   b. 2012 Toyota Sienna, License 6WHD469, VIN: 5TDKK3DC5CS248867; and

   c. 2014 Infiniti Q50, License: 8AXR870, VIN: JN1AV7AP6EM691029.

/////

2. The above-listed assets constitute, or are derived from, any proceeds the defendants obtained, directly or indirectly, or is property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 846.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **March 9, 2020**  _/s/ Dale A. Drozd_
UNITED STATES DISTRICT JUDGE