MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Facsimile:   (661) 322-7675

Attorney for the Defendant
Nazem Alnajar

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>NAZEM ALNAJAR,<br><br>        Defendant. | CASE NO. 1:18-CR-00135 DAD<br><br><u>STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER</u><br><br>DATE: July 27, 2020<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

  COMES NOW, Defendant, NAZEM ALNAJAR, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record GRANT RABENN, hereby stipulate as follows:

  1. By previous order, this matter was set for sentencing on June 2, 2020.

  2. By this stipulation, defendants now move to continue the sentencing hearing to **July 27, 2020 at 10:00 a.m.** before the Honorable Dale A. Drozd.  The government joins in this request.

  3. The parties agree and stipulate, and request that the Court find the following:

  a. Mr. Alnajar's daughter will be undergoing surgery in the next few weeks. Mr. Alnajar will be required to provide home aftercare for his daughter. Due to this medical obligation,. Mr. Alnajar request a extension of his sentencing date.

1

      c.      The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: May 28, 2020

                          /s/ Monica L. Bermudez
                          MONICA L. BERMUDEZ
                          Counsel for Defendant
                          NAZEM ALNAJAR

DATED: May 28, 2020

                          /s/ Grant Rabenn
                          GRANT RABENN
                          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

    Dated:  **May 29, 2020**                          /s/ Dale A. Drozd
                                                             UNITED STATES DISTRICT JUDGE