MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Facsimile:   (661) 322-7675

Attorney for the Defendant
Nazem Alnajar

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00135 DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| NAZEM ALNAJAR, | DATE: September 18, 2020 TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

COMES NOW, Defendant, NAZEM ALNAJAR, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record GRANT RABENN, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 27, 2020.

2. By this stipulation, defendants now move to continue the sentencing hearing to **September 18, 2020 at 10:00 a.m.** before the Honorable Dale A. Drozd.  The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Mr. Alnajar's daughter has undergone surgery and he has been providing her aftercare. An additional surgery is required and his continue care of her is required after the surgery.

1

Mr. Alnajar requests an extension of his sentencing date.

    c.    The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: July 22, 2020

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
NAZEM ALNAJAR

DATED: July 22, 2020

/s/ Grant Rabenn
GRANT RABENN
Assistant United States Attorney

**O R D E R**

The sentencing hearing currently set for July 28, 2020, is continued to September 21, 2020 at 10:00am in Courtroom 5.

IT IS SO ORDERED.

Dated: **July 22, 2020**

UNITED STATES DISTRICT JUDGE