MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Nazem Alnajar

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br><br>NAZEM ALNAJAR,<br><br>                          Defendant. | CASE NO. 1:18-CR-00135 DAD<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>DATE: January 6, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

COMES NOW, Defendant, NAZEM ALNAJAR, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record GRANT RABENN, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 21, 2020.

2. By this stipulation, defendants now move to continue the sentencing hearing to **January 6, 2021 at 10:00 a.m.** before the Honorable Dale A. Drozd. The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Mr. Alnajar has undergone surgery and has had complications. An additional surgery is required. Following his additional surgery, Mr. Alnajar will have to complete a medication

1

regimen. Mr. Alnajar requests an extension of his sentencing date to attend to his medica issues.

      c.      The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: September 6, 2020

                /s/ Monica L. Bermudez
                MONICA L. BERMUDEZ
                Counsel for Defendant
                NAZEM ALNAJAR

DATED: September 6, 2020

                /s/   Grant Rabenn
                GRANT RABENN
                Assistant United States Attorney

## **O R D E R**

The sentencing hearing currently set for September 21, 2020 is continued to January 11, 2021 at 10:00 AM in Courtroom 5.

IT IS SO ORDERED.

Dated:   **September 8, 2020**                _____
                                              UNITED STATES DISTRICT JUDGE