MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Nazem Alnajar

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00135 DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| NAZEM ALNAJAR, | DATE: May 3, 2021<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

COMES NOW, Defendant, NAZEM ALNAJAR, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record GRANT RABENN, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 11, 2021.

2. By this stipulation, defendants now move to continue the sentencing hearing to **May 3, 2021 at 10:00 a.m.** before the Honorable Dale A. Drozd. The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Mr. Alnajar's daughter has undergone surgery and he has been providing her aftercare. Mr. Alnajar's daughter has additional appointments he needs to attend and his continue care of her is required. Mr. Alnajar requests an extension of his sentencing date.

1

c. The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: January 21, 2021

                         /s/ Monica L. Bermudez
                         MONICA L. BERMUDEZ
                         Counsel for Defendant
                         NAZEM ALNAJAR

DATED: January 21, 2021

                         /s/ Grant Rabenn
                         GRANT RABENN
                         Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **January 5, 2021**                    /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE