1 MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
2 1670 M Street
Bakersfield, CA 93301
3 Telephone: (661) 616-2141
Facsimile: (661) 322-7675
4
5 Attorney for the Defendant
Nazem Alnajar
6

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00135 DAD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| NAZEM ALNAJAR, | DATE: August 30, 2021 TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

COMES NOW, Defendant, NAZEM ALNAJAR, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record JEFFREY SPIVAK, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 4, 2021.

2. By this stipulation, defendants now move to continue the sentencing hearing to **August 30, 2021 at 10:00 a.m.** before the Honorable Dale A. Drozd. The government does not oppose this request.

3. The parties stipulate, and request that the Court find the following:

a. Mr. Alnajar's daughter has undergone several surgeries and he has been providing

1

her aftercare for the past year. Mr. Alnajar has been attending his daughter's appointments and is required to attend all follow up appointments and care of her.

  b. Mr. Alnajar is the main caregiver for his brother's, Mubarek Alnajar, children and needs to make additional arrangements for their care. Mr. Alnajar requests an extension of his sentencing date.

  c. The government does not object to the requested continuance.

IT IS SO STIPULATED.

DATED: April 27, 2021

        /s/ Monica L. Bermudez
        MONICA L. BERMUDEZ
        Counsel for Defendant
        NAZEM ALNAJAR

DATED: April 27, 2021

        /s/ Jeffrey Spivak
        JEFFREY SPIVAK
        Assistant United States Attorney

# O R D E R

IT IS SO FOUND AND ORDERED this 27th day of April, 2021.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE