MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Nazem Alnajar

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:18-CR-00135 DAD |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; FINDINGS AND ORDER |
| v. | |
| NAZEM ALNAJAR, | DATE: December 13, 2021<br>TIME:   9:30 a.m. |
| Defendants. | JUDGE: Hon. DALE A. DROZD |

**STIPULATION**

COMES NOW, Defendant, Nazem Alnajar, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday August 30, 2021.

2. By this stipulation, defendant now moves to vacate the sentencing and set this matter for sentencing on December 13, 2021 **at 9:00 a.m.** before the Honorable Dale A. Drozd.

3. The parties agree and stipulate, and request that the Court find the following:

a. Mr. Alnajar is the primary caregiver for his 11-year-old daughter who is currently under a doctor's care for two disorders that have been progressing for the past year. She has

1

undergone surgeries for these disorders and requires a follow-up on September 17, 2021 at the Fresno Children's Hospital. Following this follow up, her doctor will determine the next necessary medical step, which is likely to include surgery in late November or early December 2021. Mr. Alnajar must continue to care for the wellbeing of his daughter at this time as he is the only viable option to assist with her current medical issues.

     b.    The government was made aware of the medical issues faced by Mr. Alnajar's daughter and does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: August 24, 2021

        /s/ Monica L. Bermudez
        MONICA L. BERMUDEZ
        Counsel for Defendant
        Nazem Alnajar

DATED: August 24, 2021

        /s/Karen Escobar
        JEFFREY SPIVAK
        Assistant United States Attorney

### O R D E R

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for August 30, 2021 at 09:00 a.m. is continued to December 13, 2021, at 09:00 a.m., before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated: **August 25, 2021**

                Dale A. Drozd
                UNITED STATES DISTRICT JUDGE