MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Nazem Alnajar

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:18-CR-00135 DAD |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING;  FINDINGS AND ORDER |
| v. | |
| NAZEM ALNAJAR, | DATE: January 24, 2022 |
| | TIME:   9:30 a.m. |
| Defendants. | JUDGE: Hon. DALE A. DROZD |

**STIPULATION**

COMES NOW, Defendant, Nazem Alnajar, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Tuesday December 14, 2021.

2. By this stipulation, defendant now moves to vacate the sentencing and set this matter for sentencing on January 24, 2022 **at 9:30 a.m.** before the Honorable Dale A. Drozd.

3. The parties agree and stipulate, and request that the Court find the following:

a. Mr. Alnajar's doctor has located abnormalities in his stomach and has been referred to a specialist that will conduct two procedures to address this issue. Mr. Alnajar's procedures are

1

expected to be completed by January 15, 2022.

    b.    Mr. Alnajar believes this should be his last request for a continuance and will be ready to proceed with sentencing after January 15, 2022.

    c.    The government was made aware of the medical issues faced by Mr. Alnajar and does not object to the requested continuance.

IT IS SO STIPULATED.

DATED: December 2, 2021

                      /s/ Monica L. Bermudez
                      MONICA L. BERMUDEZ
                      Counsel for Defendant
                      Nazem Alnajar

DATED: December 2, 2021

                      /s/Jeffrey Spivak
                      JEFFREY SPIVAK
                      Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **December 7, 2021**                _____
                                                UNITED STATES DISTRICT JUDGE