PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00135-DAD-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MUBAREK SALEH ALNAJAR, YOUSEF NAZEM ALNAJAR, and NAZEM AHMED ALNAJAR, | |
| Defendants. | |

On March 9, 2020, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Mubarek Saleh Alnajar, Yousef Nazem Alnajar, and Nazem Ahmed Alnajar in the following property:

    a. Approximately $9,321.00 in U.S. Currency;

    b. 2012 Toyota Sienna, License 6WHD469, VIN: 5TDKK3DC5CS248867; and

    c. 2014 Infiniti Q50, License: 8AXR870, VIN: JN1AV7AP6EM691029.

Beginning on July 1, 2020, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a.    CarMax:  A notice letter was sent via certified mail to CarMax at 12800 Tuckahoe Creek Pkwy, Richmond, VA 23238 on October 9, 2020.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on October 15, 2020.  A second notice letter was sent via certified mail on June 5, 2020.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on June 10, 2020.

    b.    CarMax:  A notice letter was sent via certified mail to CarMax at P.O. Box 440609, Kennesaw, GA 30160 on October 9, 2020.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was stamped received by Ricky N. Hargrave and Debra Hargrave.  A second notice letter was sent via certified mail on June 5, 2020.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was stamped received by Ricky N. Hargrave and Debra Hargrave.

    c.    Lucky's Burger and Grill:  A notice letter was sent via certified mail to Lucky's Burger and Grill, c/o attorney Peter W. Beckman, at 1400 Chester Avenue, Suite 1, Bakersfield, CA 93301 on November 5, 2021.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Peter W. Beckman on November 10, 2021.

    d.    Lucky's Burger and Grill:  A notice letter was sent via certified mail to Lucky's Burger and Grill at 2055 Flower Street, Bakersfield, CA 93305 on January 7, 2022.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on January 12, 2022.

    e.    Pop's Drive In #3:  A notice letter was sent via certified mail to Pop's Drive In #3, c/o attorney Peter W. Beckman, at 1400 Chester Avenue, Suite 1, Bakersfield, CA 93301 on November 5, 2021.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Peter W. Beckman on November 10, 2021.

    f.    Pop's Drive In #3:  A notice letter was sent via certified mail to Pop's Drive In #3 at 10621 Main Street, Lamont, CA 93241 on January 7, 2022.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on January 12, 2022.

1    The Court has been advised that the U.S. Attorney's Office identified CarMax as a lienholder to the 2014 Infiniti Q50, VIN: JN1AV7AP6EM691029, and sent notice outlined in paragraph 5(a) and (b) above.  On October 6, 2021, CarMax sent correspondence to the U.S. Attorney's Office stating that CarMax does not have any interest in the 2014 Infiniti Q50, VIN: JN1AV7AP6EM691029.

The Court has been advised that CarMax, Lucky's Burger and Grill, and Pop's Drive In #3 have not filed a claim to the subject property and the time for them to file a claim has expired.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Mubarek Saleh Alnajar, Yousef Nazem Alnajar, Nazem Ahmed Alnajar, CarMax, Lucky's Burger and Grill, and Pop's Drive In #3.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **February 14, 2022**

UNITED STATES DISTRICT JUDGE