MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile:  (661) 322-7675

Attorney for the Defendant
Nazem Alnajar

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00135-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO RELEASE PASSPORT |
| v. | |
| NAZEM ALNAJAR, | |
| Defendant. | |

**STIPULATION**

COMES NOW, Defendant, NAZEM ALNAJAR by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record JEFFREY SPIVAK, hereby stipulate as follows:

1. On July 12, 2018, Mr. Alnajar was ordered released on pretrial conditions, a $90,000 property bond and surrender of his passport (581976352) to the United States Eastern District Court.

2. Mr. Alnajar was sentenced on January 24, 2022.

3. Counsel is requesting that the passport be returned to Mr. Alnajar.

4. Counsel has spoken to AUSA Jeffrey Spivak and he does not object to the return of the passport.

1

IT IS SO STIPULATED.

DATED: April 5, 2022

          /s/ Monica L. Bermudez
          MONICA L. BERMUDEZ
          Counsel for Defendant
          Nazem Alnajar

DATED: April 5, 2022

          /s/ Jeffrey Spivak
          JEFFREY SPIVAK
          Assistant United States Attorney

**O R D E R**

Pursuant to the stipulation of the parties, it is hereby ordered that Mr. Nazam Alnajar's passport (#581976352) be released to him or to a representative of the Law Office of Monica Bermudez, his attorney.

IT IS SO ORDERED.

Dated:   **April 12, 2022**

UNITED STATES DISTRICT JUDGE

3