MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Nazem Alnajar

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>NAZEM ALNAJAR,<br><br>                  Defendant. | CASE NO. 1:18-CR-00135-CRB-BAM<br><br>**REQUEST TO RECONVEY REAL PROPERTY** |

    COMES NOW defendant, Nazeem Alnajar, by and through his counsel, Monica L. Bermudez, hereby requests the bond be exonerated in this matter and the real property posted as security be reconveyed.

    The following property was posted as security for bail for the full property bond as the Recorder's Office of the County of Kern, State of California

| | |
|---|---|
| APN: | 022-272-09-0 |
| Deed: | 218091479 |
| Date of Deed: | 06/15/2017 |
| Name of Trustor: | Yousef Nazem Alnajar and Saleh Ahmed Alnajar |
| Payment Amount | Full Equity |

1

1  I declare under penalty of perjury that the foregoing is true and correct, and that this
2  declaration is executed on April 16, 2024, at Bakersfield, California.

Dated: April 14, 2024

Respectfully Submitted,

*/s/ Monica L. Bermudez*

Monica L. Bermudez
Attorney for Defendant
Nazem Alnajar

MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile:  (661) 322-7675

Attorney for the Defendant
Nazem Alnajar

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>NAZEM ALNAJAR,<br><br>                    Defendant. | CASE NO. 1:18-CR-00135-CRB-BAM<br><br>**ORDER RECONVEYING REAL PROPERTY** |

Upon request of the defendant, and good cause appearing,

**IT IS HEREBY** ORDERED that the property bond below posted as collateral be exonerated:

```
APN:              022-272-09-0
Deed:             218091479
Date of Deed:     06/15/2017
Name of Trustor:  Yousef Nazem Alnajar and Saleh Ahmed Alnajar
Payment Amount    Full Equity
```

ITS SO ORDERED.

DATED:  4/18/2024

_Sheila K. Oberto_
UNITED STATES MAGISTRATE JUDGE

3